

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

So Ordered.

Signed this 3 day of April, 2015.


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:

    RICHARD J. McANDREW,               Chapter 13
                                          Case No. 14-12422
                    Debtor.
_____

## ORDER

      This matter having come on to be heard on the 2nd day of April, 2015, by a motion filed by Rodriguez & Associates, PLLC., attorney for the above-named debtor, Richard J. McAndrew, and Eric S. Sheidlower, Esq., of Rosicki, Rosicki & Associates, P.C., having filed opposition, and the parties having settled the issues in said opposition, it is hereby

      **ORDERED,** that the debtor is authorized to sell the real property located at 133 Nelson Avenue, Saratoga Springs, NY, 12866, and it is further

      **ORDERED,** that the mortgage on the property with Seterus, Inc., will be fully paid from the proceeds of the sale, and it is further

      **ORDERED,** that $1,250.00, be paid from the closing proceeds to Stephen T. Rodriguez, Esq., of Rodriguez & Associates, PLLC., as the fee to represent the debtor in the proposed sale, and that the New York State Transfer Tax (deed stamps), plus any usual and customary seller's closing costs and tax adjustments be paid from the proceeds, and it is further

**ORDERED,** that the net proceeds up to a maximum of $125,000.00, be paid to Richard McAndrew, and any realized non-exempt proceeds be turned over to the Chapter 13 trustee, if any, and it is further

**ORDERED,** that a closing statement be provided to standing Chapter 13 Trustee, Andrea E. Celli, Esq., within thirty-days of the date of closing.

###